**Dismissed and Memorandum Opinion filed January 21, 2021.**



In The

# Fourteenth Court of Appeals

### NO. 14-20-00252-CV

## IN THE MATTER OF THE MARRIAGE OF MAYRA LIZABETH RAMIREZ CARBAJAL AND VINCE CASIMIR

**On Appeal from the 507th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-80554**

## MEMORANDUM OPINION

This is an appeal from a judgment signed January 3, 2020. The clerk's record was filed April 28, 2020. No brief was filed.

On December 15, 2020, this court issued an order stating that unless appellant filed a brief on or before January 6, 2021, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Jewell and Poissant.